IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br>MDL No. 2100 |

This Document Relates to:

MARGARET LEWIS-BILAS,
as SPECIAL ADMINISTRATOR of the
ESTATE of CHRISTINE GARCIA,
DECEASED v. BAYER CORP., et al.           NO. 10-CV-20440-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal filed on August 1, 2011, the above case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sandy Pannier*
         Deputy Clerk

Dated: August 3, 2011

APPROVED:        Digitally signed by David R. Herndon
                 Date: 2011.08.03 13:36:21 -05'00'
         CHIEF JUDGE
         U. S. DISTRICT COURT